IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RICCI CASTELLANOS,<br>  Defendant. | CR-22-17-GF-BMM<br><br>**ORDER** |

## INTRODUCTION

Ricci Castellanos ("Castellanos") provided additional medical documentation to the Court on December 26, 2023. (Doc. 68.) Castellanos prays that the Court delay her reporting for her carceral sentence at the Dublin Satellite Camp in Dublin, California. (Doc. 64 at 2-3.) The Court denied previously Castellanos's motion to delay her reporting without prejudice. (*See* Doc. 67.) The Court permitted Castellanos to provide additional information detailing her health issues and proposed course of treatment. (*Id.* at 4.)

The Court has reviewed the medical documents provided by Castellanos. The medical documents provided include a visit report from October 5, 2023 (Doc. 68-1), a medical report from December 22, 2023 (Doc. 68-2), a referral form from December 8, 2023 (Doc. 68-3), and a visit report from December 5, 2023. (Doc. 68-

4.) The Court notes that at the most recent visit on December 22, 2023, the medical provider opined that "I suspect that [the nonspecific chest pain] may be secondary to underlying anxiety." (Doc. 68-2 at 1.) The Court further notes that it previously considered medical records that are the same or substantially similar from December 5, 2023. (Compare Doc. 68-4); (Doc. 64-1.)

Castellanos's October 5, 2023 medical record indicates chest pain and irregular heartbeat, amongst other symptoms. (Doc. 68-1 at 3.) Castellanos's December 8, 2023 referral letter indicates that she was referred to pulmonology for "PFT, evaluation, and treatment." (Doc. 68-3 at 1.) Castellanos's December 5, 2023 medical record, however, list her heart rate as being regular, with regular cardiovascular rhythm, regular heart sounds, and no extra heart sounds or heart murmurs. (Doc. 68-4 at 4.)

The Court determines that Castellanos's medical records to not amount to extraordinary and compelling reasons as required by title 18 of the U.S. code, section 3582(c)(1)(A). The Court declines to grant Castellanos's motion to postpone or delay her reporting deadline at the Dublin Satellite Camp in Dublin, California.

## ORDER

Accordingly, **IT IS ORDERED:**

1. Castellanos's motion for compassionate release (Doc. 68) is **DENIED**.

DATED this 2nd day of January, 2024.

 

_____
Brian Morris, Chief District Judge
United States District Court